BENJAMIN   GOLDFARB,   APPELLANT,   v.   HARRY   J.
REICHER ET AL., RESPONDENTS.

Submitted May 25, 1934—Decided September 27, 1934.

For the appellant, *Saltzman & Bunevich.*

For the respondents, *Max L. Rosenstein.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Heher in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, PARKER, LLOYD, CASE, BODINE, DONGES, PERSKIE, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, JJ. 14.

*For reversal*—None.